UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/15/2025

UNITED STATES OF AMERICA,

-against-

RAYMOND MATIAS,

Defendant.

25-cr-526 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On December 15, 2025, the Court held an initial conference in this matter.  As the Court stated on the record at the conference, IT IS HEREBY ORDERED that the government shall produce all discovery by January 16, 2026.

IT IS FURTHER ORDERED that the defense shall file any motions by February 16, 2026.  If the defense files a motion, the government shall respond by March 2, 2026.  Any reply is due March 9, 2026.

IT IS FURTHER ORDERED that the trial of this case will begin on June 9, 2026.  The Court will allow two days for the trial, and the parties must plan accordingly.  By May 19, 2026, the parties shall file joint proposed *voir dire*, jury instructions, a verdict form, and any motions *in limine* in accordance with the Court's Individual Rules of Practice.

IT IS FURTHER ORDERED that the parties shall appear for a status conference on May 4, 2026 at 2:00 p.m.  The parties shall file a joint letter one week in advance of the conference.

IT IS FURTHER ORDERED that all time under the Speedy Trial Act is excluded through June 9, 2026 for the reasons stated on the record and without objection by the defense.

SO ORDERED.

Date:  December 15, 2025
       New York, NY

MARY KAY VYSKOCIL
United States District Judge