**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------x
                                        :
UNITED STATES OF AMERICA                :
                                        :
        -against-                       :
                                        :
                                        :
                                        :
                                        :
                                        :
----------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/2025

**ORDER**

Docket #

_____, **DISTRICT JUDGE:**
        Judge's Name

The C.J.A. attorney assigned to this case

_____ is hereby ordered substituted
        Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to _____, NUNC-PRO-TUNC _____.

                        Attorney's Name

                    **SO ORDERED.**

_____
    **UNITED STATES DISTRICT JUDGE**

Dated:    December 15, 2025
          New York, New York