**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__3/16/2026__
```

-----------------------------------------x
:
UNITED STATES OF AMERICA                  :
:
        -against-                         :          **ORDER**
:
:
:
:                   _____
:                         Docket #
-----------------------------------------x


_____, **DISTRICT JUDGE:**
        Judge's Name

The C.J.A. attorney assigned to this case

_____ is hereby ordered substituted
        Attorney's Name

and the representation of the defendant in the above captioned
                                        , NUNC-PRO-TUNC _____.
matter is assigned to _____

                        Attorney's Name


                        **SO ORDERED.**

                        _Mary Kay Vyskocil_____
                        **UNITED STATES DISTRICT JUDGE**


**Dated:    March 16, 2026**
**          New York, New York**